ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAR -4 PM 2:15

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARCELIANO CUELLAR QUINTERO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 315-100 |
| CHARLES SAMUEL, JR., Director, Federal Bureau of Prisons; STACEY N. STONE, Warden, and STACEY GILES, Supervisor, Health Services, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 13.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this ____ day of March, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE