ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 SEP 19 PM 3:31
CLERK M. Akins
SO. DIST. OF GA.

MARCELIANO QUINTERO,

    Plaintiff,

VS.

DIRECTOR, FEDERAL BUREAU OF PRISONS,
STACEY N. STONE, Warden,
STACEY GILES, Supervisor,

    Defendant.

USDC #: CV315-100

USCA #: 16-11366-H

## ORDER

The Appeal of the Judgment of this Court in the above case having been DISMISSED by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the Eleventh Circuit, U.S. Court of Appeals, is made the judgment of this court. The Judgment of this Court dated March 4, 2016 is final in all respects.

This ____19th____ day of ____Sept____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA